IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PAMELA LONGOBARDI, Individually and as Special Administrator of the Estate of EUGENE LONGOBARDI, deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BORG-WARNER CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2019 L 2580<br><br>In Re: Asbestos Litigation |

## ORDER

This matter coming to be heard on the Motion for Good Faith Finding of Settlement of Defendant, NAVISTAR, INC., proper notice having been given and the Court being fully advised in the premises:

It is hereby ordered that upon consideration of the parties' settlement agreement, NAVISTAR, INC.'s Motion for Good Faith Finding of Settlement is granted and this Court enters a finding that the settlement was entered into in good faith. Defendant NAVISTAR, INC. is hereby **dismissed** from this matter **with prejudice**.

It is further ordered that there is no just cause to delay enforcement or appeal from this Order pursuant to Illinois Supreme Court Rule 304(a).

**July 22, 2020**
Date

Judge

*Judge Clare Elizabeth McWilliams*
*JUL 22 2020*
*Circuit Court - 1889*

Margaret O'Sullivan Byrne
Anthony D. Danhelka
**SWANSON, MARTIN & BELL, LLP**
Attorneys for Defendants
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
Firm I.D. No. 29558

<div style="text-align: right; color: red;">EXHIBIT 2</div>