

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

November 12, 2020

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Longobardi v. Honeywell International Inc., f/k/a AlliedSignal Inc., as successor-in-interest to The Bendix Corporation et al
USDC No: 1:20-cv-04367

Circuit Court No: 2019 L 002580

Dear Clerk:

A certified copy of an order entered on 11/10/2020 by the Honorable Gary Feinerman , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:   /s/ Roberto Cornejo
       Deputy Clerk